IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PASCUAL FRANCISCO, #97740-198                                               PLAINTIFF

VS.                                            CIVIL ACTION NO. 5:08cv214DCB-MTP

CONSTANCE REESE, ET AL.                                                    DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Defendants' Motion to Dismiss, in the Alternative, for Summary Judgment [18] should be granted, and this matter should be dismissed without prejudice for Plaintiff's failure to exhaust administrative remedies.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Defendants' Motion to Dismiss, in the Alternative, for Summary Judgment [18] is granted and the above captioned cause be, and the same is hereby, dismissed without prejudice for Plaintiff's failure to exhaust administrative remedies. .

SO ORDERED this the   8th   day of January, 2009.

                                    s/ David Bramlette
                               UNITED STATES DISTRICT JUDGE